**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**EASTERN DIVISION**

| | | |
|---|---|---|
| SUSAN PADILLA, ) | No. EDCV 07-813 CW |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, ) Commissioner, Social Security ) Adminstration, ) | |
| Defendant. ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Decision and Order.

DATED: March 28, 2008

_____/s/_____
CARLA M. WOEHRLE
United States Magistrate Judge